

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-25-00051-CR

MARKEITH TERRELL OLIVER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Cass County, Texas
Trial Court No. 2024F00156

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

After a Cass County jury found Markeith Terrell Oliver guilty of unlawful carrying of a weapon by a felon, the trial court sentenced him to ten years' confinement in prison.

On March 31, 2025, Oliver filed a notice of appeal in this case. On October 22, 2025, Oliver filed a single, consolidated brief in this appellate court cause number and in appellate court cause numbers 06-25-00050-CR and 06-25-00052-CR. Oliver's consolidated brief contains one point of error. That point of error does not relate to his conviction of unlawful carrying of a weapon by a felon.[1] Therefore, there is nothing for the Court to review in this case.

Accordingly, we affirm the trial court's judgment of conviction.

Charles van Cleef
Justice

Date Submitted:     February 12, 2026
Date Decided:       April 8, 2026

Do Not Publish

---

[1] Oliver also appeals a conviction of unlawful possession of a firearm by a felon in our appellate court cause number 06-25-00050-CR and a conviction of attempted tampering with physical evidence in our appellate court cause number 06-25-00052-CR. We address Oliver's sole point of error in appellate court cause number 06-25-00050-CR.

2